IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

COURTE OREILLES LAKES
ASSOCIATION, INC.

and

LAC COURTE OREILLES BAND OF THE
LAKE SUPERIOR CHIPPEWA

            Plaintiffs,

v.

ROSALIND C. ZAWISTOWSKI, as
TRUSTEE of the ZAWISTOWSKI JOINT
REVOCABLE TRUST

Case No. 3:24-CV-128

            Defendant,

and

RURAL MUTUAL INSURANCE
COMPANY

            Intervenor Defendant.

## DECLARATION OF ALLISON JONJAK

I, Allison Jonjak, declare the following:

1. I am employed at the University of Wisconsin-Madison Division of Extension as Cranberry Outreach Specialist, a position I have held since 2020.

2. I hold a Bachelor's Degree in Biological Systems and Agricultural Engineering from the University of Minnesota-Twin Cities and a Master's Degree in Biological Systems Engineering from the University of Nebraska-Lincoln with an emphasis in soil chemistry and soil physics.

3. In my work as Cranberry Outreach Specialist, I have worked with a large majority of the 200+ cranberry marshes in Wisconsin. I have personal knowledge about how cranberry marshes typically use water in producing cranberries.

4. I am generally familiar with how the operation of the Zawistowski cranberry marshes adjacent to Musky Bay use water from Musky Bay in cranberry production. It is typical

of how Wisconsin cranberry marshes use water from sources like Musky Bay in cranberry production.

     5. To my knowledge, no Wisconsin cranberry grower has a Wisconsin Pollution Discharge Elimination System ("WPDES") permit from the Wisconsin Department of Natural Resources for water used in the marshes and then returned to a surface water body.

UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746, I DECLARE THAT THE FOREGOING IS TRUE AND CORRECT.

     Dated this 13th day of June, 2024.

                     /s/ *Allison Jonjak*